IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LYDIA Y. BAGLEY, et al, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | No. 06-103C (Judge Lynn J. Bush) |

**JOINT MOTION FOR LEAVE TO FILE JOINT STATUS REPORT OUT OF TIME**

The parties respectfully request leave to file the attached Joint Preliminary Status Report ("JPSR") out of time. The JPSR was due to be filed on Friday, June 2, 2006. On that date, plaintiffs' counsel attempted to contact Government counsel by telephone, to discuss the preparation and filing of the JPSR. Government counsel, however, was on leave that day. Therefore, counsel for the parties were unable to complete and file the JPSR until Monday, June 5, 2006.

For the foregoing reasons, the parties respectfully request that our motion for leave to file the JPSR out of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jules Bernstein**
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

**s/David M. Cohen**
DAVID M. COHEN
Director

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 305-7561
Fax: (202) 305-7643

Attorneys for Defendant

Dated: June 5, 2006

**Filed Electronically**
**with the consent of Attorneys for Plaintiff**