# In the United States Court of Federal Claim

No. 06-103 C

(Filed June 14, 2006)

* * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| LYDIA Y. BAGLEY, et. al., | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

On June 5, 2006, the parties filed a Joint Motion for Leave to File the parties' Joint Preliminary Status Report (JPSR) out of time. The JPSR was due to be filed on or before June 2, 2006. For good cause shown, it is hereby **ORDERED** that the parties' motion is **GRANTED** and their JPSR shall be considered to be filed as of June 5, 2006.

s/Lynn J. Bush
LYNN J. BUSH
Judge