IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LYDIA Y. BAGLEY, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 06-103C
(Judge Lynn J. Bush)

**MOTION TO DISMISS PLAINTIFF**

Plaintiffs hereby move pursuant to RCFC 41(a), that Gary L. Whisenand, plaintiff number 20, in the above-captioned case, be dismissed as a plaintiff herein without prejudice.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
(202) 955-1390
(202) 296-7220 facsimile

**s/Edgar James**
Edgar James
James & Hoffman
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500
(202) 496-0555 facsimile

Attorneys for Plaintiffs

Dated: September 10, 2007

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 9th day of September 2007, a copy of the foregoing "MOTION TO DISMISS PLAINTIFF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein