# In the United States Court of Federal Claim

No. 06-103 C

(Filed January 22, 2008)

* * * * * * * * * * * * * * * * * * * * * *
LYDIA Y. BAGLEY, et. al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On September 10, 2007, plaintiffs moved, pursuant to RCFC 41(a), to voluntarily dismiss as a plaintiff Gary L. Whisenand, plaintiff number 20, in the above-captioned case. Defendant did not file an opposition to plaintiffs' motion. Therefore, pursuant to RCFC 41(a)(2), the court dismisses Mr. Whisenand as a plaintiff in the subject matter, without prejudice.

Accordingly, it is hereby **ORDERED** that plaintiffs' motion, filed September 20, 2007, is **GRANTED**. Plaintiff Gary L. Whisenand, plaintiff number 20 in the above-captioned case is **DISMISSED, without prejudice** from this case.

/s/Lynn J. Bush
LYNN J. BUSH
Judge