# In the United States Court of Federal Claims

No. 06-103 C

(Filed June 9, 2008)

* * * * * * * * * * * * * * * * * * * * * *

LYDIA Y. BAGLEY, et. al., *

*

*Plaintiffs*, *

*

v. *

*

THE UNITED STATES, *

*

*Defendant*. *

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 29, 2008, the parties filed their Joint Status Report. Although almost all claims have been settled in this case, a few unspecified claims and driving time claims remain to be resolved. The parties agree that settlement negotiations will continue on the non-driving time claims. The parties disagree as to whether this case should be stayed until the resolution of pending motions regarding driving time claims in *Adams v. United States*, No. 90-162 C. Defendant prefers to resolve the driving time claims in this case by dispositive motion, unless plaintiff will stipulate that the result in *Adams* will control the resolution of driving time claims here. Defendant proposes, absent a stipulation agreed to by plaintiff, to file its motion on or before July 18, 2008. The court encourages either party to file a dispositive motion on this issue, if such an undertaking will help bring this litigation to a timely conclusion.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report** on or before **August 29, 2008**, and every ninety days thereafter, informing the court of the progress on the resolution of driving time claims and settlement negotiations.

/s/Lynn J. Bush
LYNN J. BUSH
Judge